# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

**MEMO ENDORSED**

July 1, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/2025

<u>VIA ECF</u>
Honorable Judge Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        Re:    *Malik Jackson v. Consolidated Baking LLC et al.*
              <u>SDNY Case No.</u>    :    1:25-cv-01149
              <u>Our File No.</u>    :    420-31184

Dear Honorable Judge Carter:

    We represent Defendant, *Consolidated Baking LLC d/b/a Elbow Bread* ("Defendant Elbow Bread"), in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that they have agreed to resolve the matter and request that the Court please implement a stay of these proceedings for at least sixty (60) days from the date of this correspondence, in anticipation of the parties filing a stipulation of discontinuance with prejudice.

    We remain available should Your Honor require any additional information concerning this request.

    We thank the Court for its time and consideration.

                                     Respectfully submitted,

                                     *Tyler B. Levenson*

                                     Tyler B. Levenson

ERG/TBL/kd

cc: *via ECF*
Gabriel Levy
Gabriel A. Levy, P.C.
Attorneys for Plaintiff
1129 Northern Blvd, Suite 404
Manhasset, NY 11030

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 2, 2025
New York, New York

WOODBURY, NEW YORK ▪ PURCHASE, NEW YORK

NEW JERSEY ▪ CONNECTICUT ▪ FLORIDA ▪ PENNSYLVANIA